**George W. POPE, Plaintiff–Appellant,**

v.

**S. URSUA, Defendant–Appellee.**

No. 02–15518.

D.C. No. CV–01–06401–OWW.

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 18, 2002.*

Decided Nov. 21, 2002.

Before REINHARDT, RYMER, and SILVERMAN, Circuit Judges.

MEMORANDUM **

George W. Pope, a California state prisoner, appeals pro se the district court's judgment dismissing without prejudice his 42 U.S.C. § 1983 action alleging that a correctional officer violated Pope's constitutional rights by verbally threatening him. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo, *Resnick v. Hayes,* 213 F.3d 443, 447 (9th Cir.2000), and we affirm.

The district court properly dismissed Pope's action because he alleged only verbal harassment, and therefore failed to state an Eighth Amendment claim cognizable under section 1983. *See Keenan v. Hall,* 83 F.3d 1083, 1092 (9th Cir.1996), *amended by* 135 F.3d 1318 (9th Cir.1998).

AFFIRMED.

* Because the panel unanimously finds this case suitable for decision without oral argument, Pope's request for oral argument is denied. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.